```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIZETTE MARTINEZ, as Parent and Natural Guardian
of H.G.M., and LIZETTE MARTINEZ, Individually;

                Plaintiff,                          24-cv-7226 (LJL)

        -v-                                        ORDER

DAVID C. BANKS, in his Official Capacity as
Chancellor Of the New York City Department of
Education, and the NEW YORK CITY DEPARTMENT
OF EDUCATION,

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court will hold a telephone conference on October 18, 2024 at 12:00 PM to discuss Plaintiff's motion for a preliminary injunction. Dkt. Nos. 6–8. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts.

       Plaintiff is ordered to serve a copy of this Order upon Defendants.

       SO ORDERED.

Dated: October 16, 2024
       New York, New York                     _____
                                                      LEWIS J. LIMAN
                                                    United States District Judge