```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LIZETTE MARTINEZ, as Parent and Natural Guardian
of H.G.M., and LIZETTE MARTINEZ, Individually;

              Plaintiff,

      -v-

DAVID C. BANKS, in his Official Capacity as
Chancellor Of the New York City Department of
Education, and the NEW YORK CITY DEPARTMENT
OF EDUCATION,

              Defendants.
-------------------------------------------------------------------X

24-cv-7226 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      As discussed at the conference today, Plaintiff is directed to inform the Court by letter filed on ECF on October 25, 2024, whether there remains a live dispute requiring a TRO in light of the representations of counsel for the Defendants.

      The Court will defer issuing an order to show cause pending confirmation by counsel for the Plaintiff that there remains a live dispute.

      SO ORDERED.

Dated: October 18, 2024
       New York, New York

                                       LEWIS J. LIMAN
                                    United States District Judge