```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LIZETTE MARTINEZ, *individually and as parent and natural guardian of H.G.M.*,

                Plaintiff,

        -v-

NEW YORK CITY DEPARTMENT OF EDUCATION; and DAVID C. BANKS,

                Defendants.

-------------------------------------------------------------------X

24-cv-7226 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    A status conference is scheduled in this matter for September 4, 2025, at 2:30 PM, in Courtroom 15C of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, NY 10007. The parties should be prepared to discuss their cross motions for summary judgment and more specifically the extent to which Plaintiff's requested relief has or has not yet been granted by Defendants.

    SO ORDERED.

Dated: August 22, 2025
       New York, New York

                                                          _____
                                                          LEWIS J. LIMAN
                                                  United States District Judge