```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LIZETTE MARTINEZ, individually and as                                  :
parent and natural guardian of H.G.M.,                                 :
                                                                       :
                        Plaintiff,                                     :      24-cv-7226 (LJL)
                                                                       :
        -v-                                                            :            ORDER
                                                                       :
NEW YORK CITY DEPARTMENT OF                                            :
EDUCATION, and DAVID C. BANKS,                                         :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025

LEWIS J. LIMAN, United States District Judge:

Pending before the Court are Plaintiff's motion for summary judgment, Dkt. No. 24, and Defendants' cross-motion for summary judgment, Dkt. No. 29. On September 12, 2025, Plaintiff filed a motion to withdraw her motion for summary judgment and seeking leave to file a new motion for summary judgment regarding the issue of late fees. Dkt. No. 55. That motion is granted and the motion for summary judgment is deemed withdrawn.

Defendants' cross-motion for summary judgment is directed, in part, to portions of Plaintiff's motion for summary judgment that Plaintiff has decided not to pursue, apparently because the issues are now moot (e.g., Plaintiff's claim for tuition and transportation payments pursuant to the pendency order). Dkt. No. 33 at 5–9. Defendants' motion also is directed in part to Plaintiff's claims regarding late fees and attorneys' fees. *See id.* at 9–10. The argument regarding late fees raises an issue as to which the parties agreed, at a conference held on September 4, 2025, that further factual development might be appropriate. Defendants' motion with respect to attorneys' fees is directed to the administrative proceedings involving the 2024–

2025 schoolyear (IHO case no. 278155) and with respect to this proceeding. *See* Dkt. No. 38 at 9–10. But the complaint does not seek attorneys' fees with respect to that administrative proceeding. *See* Dkt. No. 1 at 25–26. Instead, it seeks attorneys' fees as to IHO Case No. 271964 involving the 2022–2023 and 2023–2024 schoolyears. *Id.* Furthermore, at the September 4 hearing, Defendants conceded that Plaintiff was the prevailing party with respect to those administrative proceedings. The request for attorneys' fees as to this federal proceeding is premature.

Accordingly, Defendants are directed to inform the Court by no later than September 22, 2025, why their cross-motion for summary judgment should not also be deemed withdrawn without prejudice to renew as a cross-motion after the filing of Plaintiff's motion for summary judgment.

The Clerk of Court is respectfully directed to close Dkt. No. 24.

SO ORDERED.

Dated: September 17, 2025
       New York, New York

                                           LEWIS J. LIMAN
                                     United States District Judge